**Dated: April 08, 2010**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

Official Form B3B
(Order)
(10/05)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re: Amanda Summer Donnell                    Case Number: 10-10893

                                                Chapter 7
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER
### OF CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

[✓]   **GRANTED**

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[ ]   **DENIED**

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $_____ on or before _____

   $_____ on or before _____

   $_____ on or before _____

   $_____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.**

[ ]   **SCHEDULE FOR HEARING**

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at  200 Jefferson Ave. Room 630, Memphis, TN

**IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.**

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: melissa              Page 1 of 1              Date Rcvd: Apr 08, 2010
Case: 10-10893                Form ID: pdford02          Total Noticed: 1

The following entities were noticed by first class mail on Apr 10, 2010.
db           +Amanda Summer Donnell,   4075 Rives Mt. Pelia Road,   Rives, TN 38253-3542

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2010**          **Signature:** *Joseph Speetjens*